UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 16-cr-20755
                                            Hon. Matthew F. Leitman

v.

ASHANTI WALTON,

       Defendant.
_____/

## ORDER GRANTING DEFENDANT'S REQUEST FOR FRANKS HEARING

On February 6, 2017, Defendant Ashanti Walton ("Walton") filed a "Motion for *Franks* Hearing and to Suppress Evidence Stemming from Search Warrant" (the "Motion"). On April 13, 2017, the Court held a hearing on the legal issues presented on the Motion. After the hearing, Walton filed an affidavit in support of the Motion. Having reviewed the affidavit, the Court **GRANTS** Walton's request for an evidentiary hearing under *Franks v. Delaware*, 438 U.S. 154 (1978). The Court's case manager will work with both parties to schedule the evidentiary hearing.

     **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: April 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2017, by electronic means and/or ordinary mail.

           s/Holly A. Monda
           Case Manager
           (313) 234-5113