# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 16-20755

v.                                 Judith E. Levy
                                 United States District Judge

Ashanti Walton,

                                 Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [69]

This case is before the Court on Defendant's April 23, 2020 motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 69.) Defendant's motion did not indicate whether he had applied for compassionate release from the Bureau of Prisons, and if so, whether 30 days had elapsed since the request or whether he had been denied and then fully exhausted his administrative appeals. The Court may not consider compassionate release motions unless Defendant meets one of these two statutory conditions. *United States v. Alam*, No. 20-1298, 2020 WL 2845694, at *5 (6th Cir. June 2, 2020).

Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE. Defendant may renew his motion after he either exhausts his administrative remedies through the Bureau, or after he applies for release and 30 days elapse without a Bureau response.

IT IS SO ORDERED.

Dated: June 5, 2020  　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2020.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager