UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                       CRIMINAL NO. 16-cr-20755

v.                                                 HON. JUDITH E. LEVY

ASHANTI WALTON,

      Defendant.

_____/

**Motion to Seal United States' Response Opposing Defendant's
Motion for Compassionate Release [ECF 72]**

The United States of America, by its undersigned attorneys, respectfully requests that United States' Response Opposing Defendant's Motion for Compassionate Release [ECF 72], be sealed until further order of the Court for the reason that it contains private health information of the Defendant

                                                        Respectfully submitted,

                                                        MATTHEW SCHNEIDER
                                                        United States Attorney

                                                        *s/ Mitra Jafary-Hariri*
                                                        MITRA JAFARY-HARIRI
                                                        Assistant United States Attorney
                                                        211 W. Fort Street, Suite 2001
                                                        Detroit, MI   48226
                                                        Phone:   (313) 226-9632
                                                        E-Mail: mitra.jafary-hariri@usdoj.gov

Dated:   August 11, 2020