UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

             Plaintiff,      Case No. 16-20755

v.                                   Judith E. Levy
                                   United States District Judge
Ashanti Walton,             Elizabeth A. Stafford
                                   Magistrate Judge
            Defendant.

_____/

## ORDER GRANTING DEFENDANT ASHANTI WALTON'S MOTION FOR COMPASSIONATE RELEASE [72]

Defendant Ashanti Walton moves for compassionate release and/or reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 72.) On September 3, 2020, the Court held oral argument on Defendant's motion through audio-visual technology.

For the reasons set forth on the record, Defendant's motion is GRANTED.

**CONCLUSION**

Accordingly,

IT IS ORDERED that Defendant's Motion for Release from Custody (ECF No. 72) is GRANTED;

IT IS FURTHER ORDERED that Defendant's sentence of imprisonment is reduced to time served;

IT IS FURTHER ORDERED that Defendant shall serve a period of supervised release for 3 years;

IT IS FUTHER ORDERED that, immediately upon release, Defendant shall obtain a COVID-19 diagnostic test and commence a 14-day quarantine at his sister's residence;

IT IS FURTHER ORDERED that Defendant shall abide by all Centers for Disease Control recommendations and guidelines pertaining to the COVID-19 pandemic;

IT IS FURTHER ORDERED that additional details and conditions will be included in the Court's amended judgment;

IT IS FURTHER ORDERED that this Order replaces the Court's prior designation of supervised release.

IT IS SO ORDERED.

Dated: September 4, 2020　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 4, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
